MIRIAM IMBREY, Appellant, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

Submitted October 20, 1941; decided November 27, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 286 N. Y. 434.)